No. 5552.—PUEBLO, apldo., *v.* VARGAS, aplte.—C. D. Aguadilla. ▉▉▉▉▉▉▉▉▉▉▉ Noviembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, Manuel Vargas, apeló de la sentencia que le condena a pagar una multa por haberse dedicado en diciembre de 1933 al negocio de ómnibus de motor (guaguas) sin haberse provisto de una patente creditiva de haber pagado $2.50 que como arbitrio municipal fijó la Asamblea Municipal de Aguadilla en su ordenanza aprobada el 19 de abril de 1933 para fijar el tipo de contribución por concepto de patentes de industrias y comercio durante el año económico de 1933–34.

POR CUANTO, en el caso de *El Pueblo* v. *Irizarry* que resolvimos el 6 de junio de 1934, 46 D.P.R. 898, hemos declarado por los motivos que allí expusimos que las asambleas municipales no pueden

imponer esa clase de contribución, por lo que el apelante no puede ser condenado por la infracción que se le imputó:

Por TANTO, debemos revocar la sentencia apelada y dictar otra en su lugar, como la pronunciamos, absolviendo a Manuel Vargas de la denuncia que se le hizo en este caso.